```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CASBN 138549)
 3  Chief, Criminal Division

 4  ANDREW P. CAPUTO (CASBN 203655)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone:  (415) 436-7004
 7     Fax:  (415) 436-7234
       Email: andrew.caputo@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0506 MHP (JL) |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| SALVADOR RODRIGUEZ, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of defendant Salvador Rodriguez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 29, 2006, to October 16, 2006. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 29, 2006, to October 16, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

1 | 3. Accordingly, and with the consent of the defendant, at the hearing on September 29,
2 | 2006, the Court ordered that the period from September 29, 2006, to October 16, 2006, be
3 | excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
4 | IT IS SO STIPULATED:

6 | DATED: October 3, 2006   _____/s/_____
7 | JOSH COHEN
  | Attorney for Defendant

9 | DATED: October 2, 2006   _____/s/_____
10 | ANDREW P. CAPUTO
   | Assistant United States Attorney

12 | IT IS SO ORDERED.

14 | DATED: 10-6-06   _____
15 | HONORABLE JAMES LARSON
   | Chief United States Magistrate Judge

*IT IS SO ORDERED* — Judge James Larson

2