1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant RODRIGUEZ
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-06-0506 MHP
                                     )
12              Plaintiff,           )    STIPULATION AND [PROPOSED]
                                     )    PROTECTIVE ORDER
13       v.                          )
                                     )
14  SALVADOR RODRIGUEZ,              )
                                     )
15              Defendant.           )
                                     )
16  _____

17       Defendant Salvador Rodriguez stands accused by indictment of being a felon in

18  possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  The government's evidence in the

19  case includes a taped statement supplied by a purported eyewitness.  The government believes

20  that the tape cannot be redacted in such a way as to protect the witness's privacy while still

21  conveying the substance of the witness's observations.

22       The parties agree that review of the tape by defense counsel may facilitate settlement

23  negotiations.  As such, the government is prepared to produce a copy of the tape to defense

24  counsel subject to a protective order concerning its use at this stage of the proceedings.  Defense

25  counsel is willing to abide by the conditions of a protective order under the circumstances of this

26  particular case.

1   Accordingly, the parties agree and stipulate that the government shall produce an exact

2   copy of the witness's taped statement to defense counsel forthwith.  Defense counsel agrees that

3   defense counsel and defense counsel's representatives at the Federal Public Defender's Office

4   will not produce the tape or any copy of the tape to the defendant; will not review the tape in the

5   defendant's presence; and will not reveal the identity of the witness to the defendant or any of

6   defendant's family members or associates without the advance consent of the government.

Case 3:06-cr-00506-MHP   Document 11   Filed 10/26/2006   Page 2 of 2

7   IT IS SO STIPULATED.

8   Dated:   10/26/06

        BARRY J. PORTMAN
9       Federal Public Defender
        JOSH COHEN
10      Assistant Federal Public Defender

11   Dated:   October 25, 2006

        KEVIN V. RYAN
12      United States Attorney
        ANDREW CAPUTO
13      Assistant United States Attorney

14

15                              **ORDER**

16   Accordingly, and for good cause shown, the protective order described above is hereby

17   imposed and shall remain in effect until further notice.

18      **IT IS SO ORDERED.**

19   Dated:   10/27/06

        MARILYN HALL PATEL
20      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26