KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 06-0506 MHP |
|     Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v.  ) | |
| SALVADOR RODRIGUEZ,  ) | |
|     Defendant.  ) | |

    With the agreement of the parties, and with the consent of defendant Salvador Rodriguez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from November 6, 2006, to December 4, 2006.  The parties agree, and the Court finds and holds, as follows:

    1.  Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 6, 2006, to December 4, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on November 6, 2006, the Court ordered that the period from November 6, 2006, to December 4, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 6, 2006           _____/s/_____
                                  JOSH COHEN
                                  Attorney for Defendant


DATED: November 6, 2006           _____/s/_____
                                  ANDREW P. CAPUTO
                                  Assistant United States Attorney


IT IS SO ORDERED.


DATED: 11/8/2006                  _____
                                  HONORABLE MARILYN HALL PATEL
                                  United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

2