JOSH A. COHEN (SBN 217853)
633 Battery St., Suite 110
San Francisco, California 94111
(415) 693-9173
josh@cohenlawsf.com

Attorneys for Defendant Salvador Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO. CR-06-0506 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION** |

**STIPULATION**

　　Having made his initial appearance before the magistrate court on a Form 12 alleging violations of his conditions of supervised release, defendant Salvador Rodriguez is presently scheduled to appear before this Court on June 28, 2010.  The violations charged in the Form 12 relate to Mr. Rodriguez's arrest for driving under the influence of alcohol.  Mr. Rodriguez remains on supervised release pending resolution of state charges stemming from the arrest and the outcome of this alleged supervised-release violation.

　　Mr. Rodriguez's first substantive state-court appearance is presently scheduled for June 30, 2010.  The parties would like additional information concerning the direction of the state-court

case prior to appearing on the supervised-release violation.  Moreover, defense counsel will be out of town on June 28, 2010 and hence unable to appear on that date.

Accordingly, the parties agree and stipulate that Mr. Rodriguez's initial appearance before this Court on the supervised-release petition should be continued from June 28, 2010 to July 12, 2010 at 10:00 a.m.  The probation officer has been advised of this stipulation.

IT IS SO STIPULATED.

DATED: June 21, 2010          /s/ Josh Cohen
                              JOSH COHEN
                              Attorney for SALVADOR RODRIGUEZ

DATED: June 21, 2010          JOSEPH RUSSONIELLO
                              UNITED STATES ATTORNEY

                              /s/ Drew Caputo
                              DREW CAPUTO
                              Assistant United States Attorney

**ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Salvador Rodriguez's initial appearance on the supervised-release petition in this matter shall be continued from June 28, 2010 to July 12, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: __June 22__, 2010      _____
                              MARILYN H. PATEL
                              UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*